*State, Respondent, v. Fitzgerald, Petitioner*, No. 90717-0. Petition for review of a decision of the Court of Appeals, Nos. 43987-5-II and 45047-0-II, June 17, 2014, 181 Wn. App. 1035. *Denied* December 2, 2015.

*State, Respondent, v. Rodriguez, Petitioner*, No. 91001-4. Petition for review of a decision of the Court of Appeals, No. 70490-7-I, October 6, 2014, 183 Wn. App. 1042. *Denied* December 2, 2015.

*State, Respondent, v. Whitford, Petitioner*, No. 91055-3. Petition for review of a decision of the Court of Appeals, No. 44895-5-II, November 4, 2014, 184 Wn. App. 1024. *Denied* December 2, 2015.

*State, Respondent, v. Cerda Salazar, Petitioner*, No. 91151-7. Petition for review of a decision of the Court of Appeals, No. 31892-3-III, November 13, 2014, 184 Wn. App. 1032. *Denied* December 2, 2015.

*State, Respondent, v. Filitaula, Petitioner*, No. 91192-4. Petition for review of a decision of the Court of Appeals, No. 72434-7-I, December 8, 2014, 184 Wn. App. 819. *Denied* December 2, 2015.

*State, Respondent, v. McDaniel, Petitioner*, No. 91194-1. Petition for review of a decision of the Court of Appeals, No. 72430-4-I, November 24, 2014, 184 Wn. App. 1044. *Denied* December 2, 2015.

*State, Respondent, v. Jackson, Petitioner*, No. 91206-8. Petition for review of a decision of the Court of Appeals, No. 44279-5-II, December 16, 2014, 185 Wn. App. 1001. *Denied* December 2, 2015.

*State, Respondent, v. McClure, Petitioner*, No. 91259-9. Petition for review of a decision of the Court of Appeals, No. 44061-0-II, December 30, 2014, 185 Wn. App. 1013. *Denied* December 2, 2015.